**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000541
24-NOV-2014
09:03 AM**

NO. CAAP-14-0000541

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WELLS FARGO BANK, N.A., Plaintiff-Appellee,
v.
RONALD GIT SUM AU, Defendant-Appellant,
and
ZO-ANNE LUM AU, et al., Defendants-Appellees

and

RONALD GIT SUM AU,
Defendant/Third-Party Plaintiff/Appellant,
v.
ACCREDITED HOME LENDERS, INC. (NOMINAL PARTY), et al.,
Third-Party Defendants/Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-1567)

ORDER APPROVING THE NOVEMBER 12, 2014
STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation for Dismissal of
Appeal with Prejudice" (Stipulation), filed on November 12, 2014,
by Plaintiff-Appellee Wells Fargo Bank, N.A. (**Wells Fargo**), the
papers in support, and the records and files herein, it appears
that:

(1) Wells Fargo; Defendant-Appellant Ronald Git Sum Au (**Appellant**), pro se; and Defendant-Appellee Association of Apartment Owners of the Royal Iolani (**AOAO Royal Iolani**) stipulate to dismiss Appeal No. CAAP-14-0000541.

(2) Appellant, counsel for Wells Fargo, and counsel for AOAO Royal Iolani have signed the stipulation.

(3) The stipulation provides that "[e]ach party shall bear its own legal fees and costs."

(4) No fees are due.

(5) Hawai'i Rules of Appellate Procedure Rule 42(b) provides, "If the parties to a docketed appeal or other proceeding sign and file a stipulation for dismissal, specifying the terms as to payment of costs, and pay whatever fees are due, the case shall be dismissed upon approval by the appellate court[.]"

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and Appeal No. CAAP-14-0000541 is dismissed. Each party shall bear its own attorney's fees and costs.

DATED: Honolulu, Hawai'i, November 24, 2014.

Chief Judge

Associate Judge

Associate Judge

-2-